UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **MAGISTRATE NO. 12-145** |
| **PAUL DAVID HITE,** | : | **VIOLATIONS:** |
| Defendant. | : | 18 U.S.C. § 2422(b) |
| | : | (Attempted Coercion and Enticement of a Minor) |
| | : | 18 U.S.C. § 2428(a) |
| | : | (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Between on or about February 1, 2012, and on or about February 17, 2012, the defendant, **PAUL DAVID HITE**, within the District of Columbia and elsewhere, using facilities of interstate commerce, that is a telephone and computer connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce a minor of the age of 12 years, to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(**Attempted Coercion and Enticement of a Minor**, in violation of 18 United States Code, Section 2422(b))

### FORFEITURE ALLEGATION

1. The violation alleged in Count One of this Indictment, that is, Attempted Coercion and Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b), is realleged

and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2428(a).

2. As a result of the offense alleged in Count One, the defendant, **PAUL DAVID HITE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation. Such property includes, but is not limited to, an HP laptop computer, Model DV7-3065DX, S/N CNF93647RQ, seized by law enforcement from the defendant's residence on February 17, 2012. By virtue of the commission of the offense charged in Count One of this Indictment, any and all interest that the defendant has in such property is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2428(a).

(**Criminal Forfeiture**, in violation of Title 18, United States Code, Section 2428(a))

A TRUE BILL:


FOREPERSON

*Ronald C. Machen Jr.*

Attorney of the United States in
and for the District of Columbia