United States
vs.
Paul David Hite

Civil No. _____
Criminal No. 12-65

Government _____
Plaintiff _____
Defendant _____
Joint _____

GOVERNMENT EXHIBIT

FILED
FEB 13 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Paul David Kent, AUSA

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 1 | Chat transcript | 2-6-13 | 2-6-13 | Palchak | |
| 2 | Undercover's profile | 2/6/13 | 2/6/13 | Palchak | |
| 3 | Undercover's profile photo | | | | |
| 4 | Defendant's profile | 2-6-13 | 2-6-13 | Palchak | |
| 5 | Yahoo Instant Messenger transcript | 2-6-13 | 2-6-13 | Palchak | |
| 6 | Photo of minor female | 2-6-13 | 2-6-13 | Palchak | |
| 7 | Photo of undercover | 2-6-13 | 2-6-13 | Palchak | |
| 8 | Email between defendant and undercover | 2-6-13 | 2-6-13 | Palchak | |
| 9 | Photo of missed call | 2-6-13 | 2-6-13 | Palchak | |
| 10 | CD containing February 14, 2012 phone call | 2-7-13 | 2-7-13 | Palchak | |
| 11 | CD containing February 17, 2012 phone call | 2-7-13 | 2-7-13 | Palchak | |
| 12 | Cell phone (physical evidence) | 2-8-13 | 2-8-13 | Northern/Hardaway | |
| 13 | Computer (physical evidence) | 2-8-13 | 2-8-13 | Hardaway/Fiorelli | |
| 13A | Computer hard drive (physical evidence) | 2-8-13 | 2-8-13 | Gardner | |

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 14 | Goober grape (physical evidence) | | | | |
| 15 | Photo - computer serial number | | | | |
| 16 | Photo - computer | 2-8-13 | 2-8-13 | Zelski | |
| 17 | Photo - screenshot Yahoo | 2-8-13 | 2-8-13 | French | |
| 18 | Photo - screenshot Yahoo closeup | 2-8-13 | 2-8-13 | French | |
| 19 | Photo - screenshot computer date/time | 2-8-13 | 2-8-13 | French | |
| 20 | Photo - screenshot Skype | | | | |
| 21 | Photo - screenshot Skype closeup | | | | |
| 22 | Photo - second computer | | | | |
| 23 | Photo - living room towards front | | | | |
| 24 | Photo - living room towards back | | | | |
| 25 | Photo - kitchen | 2-8-13 | 2-8-13 | Zelski | |
| 26 | Photo - laundry room towards garage | 2-8-13 | 2-8-13 | Zelski | |
| 27 | Photo - laundry room from garage | 2-8-13 | 2-8-13 | Zelski | |
| 28 | Photo - laundry room towards machines | | | | |
| 29 | Photo - Goober grape on machine | 2-8-13 | 2-8-13 | Zelski | |
| 30 | Photo - Goober grape jar | | | | |

2

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 31 | Photo - Goober grape top of jar | | | | |
| 32 | Photo - garage towards doors | | | | |
| 33 | Photo - garage towards house | | | | |
| 34 | Photo - garage towards house | | | | |
| 35 | Photo - motorcycle | | | | |
| 36 | Photo - Jeep front | 2-8-13 | 2-8-13 | Zelski | |
| 37 | Photo - Jeep right rear | 2-8-13 | 2-8-13 | Zelski | |
| 38 | Photo - Jeep left rear | 2-8-13 | 2-8-13 | Zelski | |
| 39 | Photo - Goober grape towards garage | | | | |
| 40 | Photo - Goober grape on machine | | | | |
| 41 | Photo - Goober grape top of jar | | | | |
| 42 | Photo - cabinet | | | | |
| 43 | Photo - cabinet closeup | | | | |
| 44 | Photo - checkbook | | | | |
| 45 | Photo - residence | 2-7-13 | 2-7-13 | French | |
| 46 | Photo - storage facility | | | | |
| 47 | Photo - Corvette left rear | | | | |
| 48 | Photo - Corvette rear | 2-8-13 | 2-8-13 | Zelski | |

3

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 49 | Arrest photo | 2-7-13 | 2-7-13 | French | |
| 50 | Defendant's cell phone records | 2-8-13 | 2-8-13 | Gardner | |
| 51 | Defendant's work timecard | 2-8-13 | 2-8-13 | Zelski | |
| 52 | Yahoo subscriber information | 2-8-13 | 2-8-13 | Zelski | |
| 53 | Screenshot - Chat transcript properties | 2-6-13 | 2-6-13 | Palchak | |
| 54 | February 2012 calendar | 2-6-13 | 2-6-13 | Palchak | |
| 55 | February 2012 calendar annotated | | | | |
| 56 | Demonstrative of thumbcache population | | | | |
| 57 | Demonstrative of thumbnail view | 2-8-13 | | Gardner | |
| 58 | Screenshot - My Pictures folder | 2-8-13 | 2-8-13 | Gardner | |
| 59 | Screenshot - Skype installation | 2-8-13 | 2-8-13 | Gardner | |
| 60 | Registry report | 2-8-13 | 2-8-13 | Gardner | |
| 61 | Recents | 2-8-13 | 2-8-13 | Gardner | |
| 62 | Index.dat of CP | 2-8-13 | 2-8-13 | Gardner | |
| 63 | Index.dat of search | 2-8-13 | 2-8-13 | Gardner | |
| 64 | CD of personal photos from thumbcache | 2-8-13 | 2-8-13 | Gardner | |
| 65 | Photo from wedding from thumbcache | 2-8-13 | 2-8-13 | Gardner | |
| 66 | JP in DC from thumbcache | 2-8-13 | 2-8-13 | Gardner | |

4

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 67 | Thumbnails of child pornography (physical evidence) | | | | |
| 68 | Image of child pornography (physical evidence) | 2-8-13 | 2-8-13 | Gardner | |
| 69 | Image of child pornography (physical evidence) | 2-8-13 | 2-8-13 | Gardner | |
| 70 | Chat with Yahoo User 1 (riley) | 2-8-13 | 2-8-13 | Gardner | |
| 71 | Chat with Yahoo User 2 (aussie) | | | | |
| 72 | Chat with Yahoo User 3 (justin) | | | | |
| 73 | Chat with Yahoo User 4 (adt) | | | | |
| 74 | | | | | |
| 75 | 9/28/2011 E-mail (Fw: us) | | | | |
| 76 | 10/4/2011 E-mail (Re: us) | | | | |
| 77 | 2/1/2012 E-mail (re: Skype) | | | | |
| 78 | 2/2/2012 E-mail (re: Skype) | | | | |
| 79 | Washington Post weather for 2/16/12, 2/17/12, and 2/18/12 | | | | |
| 80 | Stipulation - chat transcripts | | | | |
| 81 | Stipulation - chain of custody | 2-8-13 | 2-8-13 | | |
| 82 | Stipulation - age, residence, and property | 2-8-13 | 2-8-13 | Zelski | |
| 83 | Stipulation - timecard report | 2-8-13 | 2-8-13 | Zelski | |
| 84 | Stipulation - Yahoo subscriber information | 2-8-13 | 2-8-13 | Zelski | |

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 85 | Stipulation - computer hard drive | | | | |
| 86 | Transcript - Detective Timothy Palchak | | | | |
| 87 | Transcript - Special Agent Jennifer Zelski | | | | |
| 88 | Transcript - civilian witness | | | | |
| 89 | FD-395 | | | | |
| 90 | Consent to search | | | | |
| 91 | Defendant's statement - part one | | | | |
| 92 | Defendant's statement - part two | | | | |
| 93 | Stipulation - deleted Internet Explorer | | | | |
| 94 | Photo - aerial of house | | | | |
| 95 | Photo - closer aerial of house | 2-7-13 | 2-7-13 | French | |
| 96 | Diagram of house | | | | |
| 97 | Photo - computer in bedroom | 2-8-13 | 2-8-13 | French | |
| 98 | Photo - Miata | 2-8-13 | 2-8-13 | French | |
| 99 | Photo - bag of keys | | | | |
| 100 | Forensics Report | | | | |
| 101 | Supplemental Forensics Report | | | | |
| 102 | Link Parser Report | | | | |
| 103 | Registry Report | | | | |

| Ex. No. | Description Of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date and time) |
|---|---|---|---|---|---|
| 104 | | | | | |
| 105 | | | | | |
| 106 | | | | | |
| 107 | | | | | |
| 108 | | | | | |
| 109 | | | | | |
| 110 | | | | | . |
| 111 | | | | | |
| 112 | | | | | |
| 113 | | | | | |
| 114 | | | | | |
| 115 | | | | | |