**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 12-65 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **PAUL DAVID HITE,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S REPLY IN FURTHER SUPPORT OF**
**MOTIONS FOR RESTITUTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this reply in further support of its motion for restitutions on behalf of the victims in the "Misty," "8 Kids," "Sponge B," and "Angela" series, victims in the above referenced case.

**ARGUMENT**

In his response to the government's motion for restitution, the defendant, Paul David Hite, proposes suggested amounts for awards of restitution to the victims in the "Misty," "8 Kids," and "Sponge B" series (ECF No. 244). In his response to the government's supplemental motion for restitution, the defendant proposes revised suggested amounts for awards of restitution to the victims in the "Misty," "8 Kids," and "Sponge B" series, as well as a proposed amount for an award of restitution to the victim in the "Angela" series (ECF No. 251).

As an initial matter, the government and the defendant have agreed that the files of child pornography which were located on the external storage device that had been connected to the defendant's computer and which the defendant possessed included 4 images of the victim in the "Misty" series, 11 images of John Doe 4 in the "8 Kids" series, 3 images of John Doe 2 and John

Doe 4 (who are depicted together in those images) in the "8 Kids" series, 4 images of the victim in the "Sponge B" series, and 2 images of the victim in the "Angela" series.[1]

With respect to John Doe 2 and John Doe 4 in the "8 Kids" series and the victim in the "Angela" series, representatives for those victims have informed the government that they have engaged in discussions with the defendant concerning a possible resolution of the restitution issue, but that no agreements have yet been reached. Accordingly, at this juncture, this Court should order restitution to John Doe 2 and John Doe 4 in the "8 Kids" series and the victim in the "Angela" series as set forth in the government's motions for restitution and related submissions from the victims.

With respect to the victims in the "Misty" and "Sponge B" series, representatives for those victims have informed the government that they also have engaged in discussions with the defendant concerning a possible resolution of the restitution issue, but that no agreements have yet been reached. Those representatives have requested that the government notify the Court that the victims in the "Misty" and "Sponge B" series are willing to accept $5,000 each in restitution, for a total of $10,000 in restitution as follows: Defendant Hite shall pay the victim in the "Misty" series, $5000 for possessing four images from the "Misty" series of child pornography; and Defendant Hite shall pay the victim in the "Sponge B" series, $5000 for possessing four images from the "Sponge B" series of child pornography. Representatives for the victims in the "Misty" and "Sponge B" series further request that this language be included in the final judgment of conviction or other final order of this Court awarding restitution.[2]

---

[1] The parties have further agreed that the government will not need to produce a witness to establish these factual points at the sentencing hearing.

[2] To the extent the Court also awards restitution to John Doe 2 and John Doe 4 in the "8 Kids" series and the victim in the "Angela" series, the government requests that similar language concerning the defendant's possession of the respective number of images as to those

WHEREFORE, for all of the reasons set forth herein and those in its restitution filings, the government requests that the Court order restitution to the victims in the "Misty," "8 Kids," "Sponge B" (John Doe 2 and John Doe 4 only), and "Angela" series.

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
Bar No. 471489

By: _____/s/_____
DAVID B. KENT, D.C. Bar 482850
(202) 252-7763
david.kent@usdoj.gov
ANDREA L. HERTZFELD, D.C. Bar 494059
(202) 252-7808
andrea.hertzfeld@usdoj.gov
Assistant United States Attorneys
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

_____/s/_____
ALEXANDRA R. GELBER, D.C. Bar 473773
Assistant Deputy Chief
United States Department of Justice
Criminal Division, Child Exploitation and
Obscenity Section
1400 New York Ave, N.W.
Washington, D.C. 20530
(202) 307-1316
alexandra.gelber@usdoj.gov

---

particular victims also be included the final judgment of conviction or other final order of this Court awarding restitution.