# EXHIBIT A

**Schmitt, Addy**

| | |
|---|---|
| **From:** | Pollack, Barry |
| **Sent:** | Wednesday, June 10, 2015 6:10 PM |
| **To:** | 'Kent, David (USADC)'; Schmitt, Addy |
| **Cc:** | 'Gelber, Alexandra (CRM)'; 'Hertzfeld, Andrea (USADC)' |
| **Subject:** | RE: U.S. v. Paul David Hite, 12-CR-65 (CKK) |

We will accept a proffer from you to the Court of what your witness would testify to regarding the points in your email and would not require you to call the witness.


Barry J. Pollack
Miller & Chevalier
(202) 626-5830
bpollack@milchev.com



-----Original Message-----
**From:** Kent, David (USADC) [David.Kent@usdoj.gov]
**Sent:** Wednesday, June 10, 2015 04:41 PM Eastern Standard Time
**To:** Pollack, Barry; Schmitt, Addy
**Cc:** Gelber, Alexandra (CRM); Hertzfeld, Andrea (USADC)
**Subject:** U.S. v. Paul David Hite, 12-CR-65 (CKK)


Counsel:

In an effort to narrow slightly the restitution issues before the Court, is your client stipulating to the identities of these victims? In other words, can we agree that the victims seeking restitution in the Angela, Misty, Sponge B series, and John Doe II and John Doe IV in the 8 Kids series are the same ones depicted in the images, and in the respective numbers of images, that your client possessed and for which he pled guilty? Or should the government prepare to call a witness on this issue? Either way, we would like to alert the Court of how we intend to proceed. Any such stipulation would not preclude either party from arguing causation and damages issues as set forth in the briefing.

*David B. Kent*
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7763
(202) 514-8707 (fax)