## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL DAVID HITE,<br><br>Defendant. | **Criminal No. 12-65 (CKK)** |

### ORDER

Based upon the government's [240] Motion for Restitution, the government's [250] Supplemental Motion for Restitution, the parties' briefing with respect to these two motions for restitution, the Court's oral findings issued on the record during the sentencing hearing on June 12, 2015, and the entire record in this case, the Court hereby makes the following findings:

1. The minor person known by the series identified as "Sponge B" is a victim in this case based on the defendant's admitted possession of four images depicting "Sponge B" that constitute child pornography;

2. The defendant's possession of the images of Sponge B proximately caused some portion of Sponge B's general losses;

3. The defendant and the victim Sponge B, through counsel, agreed that an order of restitution in the amount of $5,000 will satisfy Sponge B's restitution request in this case;

4. The agreed-upon amount of restitution will compensate Sponge B for "the full amount of the victim's losses" related to this defendant, pursuant to 18 U.S.C. § 2259(b)(1).

Accordingly, it is this ___12___ day of June, 2015, hereby

**ORDERED** that the government's [240] Motion for Restitution is **GRANTED IN PART**; and it is



**FURTHER ORDERED** that Defendant Paul David Hite shall pay the victim in the "Sponge B" series $5,000 for possessing four images of Sponge B; and it is

**FURTHER ORDERED** that the amount of restitution shall be paid in full by NO LATER THAN JULY 12, 2015.

**IT IS SO ORDERED.**

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE